## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| ALCOA COMMUNITY FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>SONIC CORPORATION, SONIC INDUSTRIES, SERVICES INC., SONIC CAPITAL LLC, SONIC FRANCHISING LLC, SONIC INDUSTRIES LLC, SONIC RESTAURANTS, INC.<br><br>            Defendants. | : : : : : : : : : : : : : : : : | Case No. 1:19-SB-55000<br><br>**ALCOA COMMUNITY FEDERAL UNION's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Alcoa Federal Credit Union ("Alcoa Credit Union" or "Plaintiff"), through its counsel of record, hereby voluntarily dismisses its individual action in the multi-district litigation, as follows:

1.     Alcoa Credit Union initially filed a class action complaint, captioned *Alcoa Community Federal Credit Union, et. al. v. Sonic Corporation, et. al.*, Case No. 4:18-CV-770, in the Eastern District of Arkansas on October 16, 2018.

2.     On June 6, 2019, the Judicial Panel on Multidistrict Litigation transferred that case from the Eastern District of Arkansas to this Court. This Court then opened the case as Case No. 1:19-SB-55000. Alcoa Credit Union's individual case was consolidated into the financial institution track of the *In Re: Sonic Corp. Customer Data Security Breach Litigation*, Case No. 1:17-MD-2807.

1

3.	Under Federal Rule of Civil Procedure 41(a)(1), Alcoa Credit Union is entitled to dismiss its action on Alcoa Credit Union's own initiative:

> Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. . . .

4.	Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed.

5.	Alcoa Credit Union hereby dismisses the action without prejudice.

**DATED:**  October 31, 2019	Respectfully submitted,


*/s/ Karen Sharp Halbert*
Karen Sharp Halbert
karenhalbert@robertslawfirm.us
**ROBERTS LAW FIRM, P.A.**
P.O. Box 241790
Little Rock, AR 72223-1790
Telephone: (501) 821-4474
Facsimile: (501) 821-4474

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Karen Sharp Halbert*
Karen Sharp Halbert